BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Telephone: 650.213.0300
Facsimile: 650.213.8158

*Counsel for Defendant Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company, LLC, Pfizer Ireland Pharmaceuticals, Warner-Lambert Export, Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RP HEALTHCARE, INC.; CHIMES PHARMACY, INC.; JAMES CLAYWORTH, R.Ph., an individual, d/b/a CLAYWORTH PHARMACY; MARIN APOTHECARIES, INC., d/b/a ROSS VALLEY PHARMACY; GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY; PEDIATRIC CARE PHARMACY, INC.; MEYERS PHARMACY, INC.; TONY MAVRANTONIS, R.Ph., an individual d/b/a JACK'S DRUG; and TILLEY APOTHECARIES, INC., d/b/a ZWEBER'S APOTHECARY,<br><br>Plaintiffs,<br>v.<br><br>PFIZER, INC., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, WARNER-LAMBERT EXPORT, LTD., RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC., RANBAXY, INC., DAIICHI SANKYO, LTD, DAIICHI SANKYO, INC., CVS CAREMARK CORPORATION, HEALTH NET, INC., and CALIFORNIA PHYSICIANS SERVICE, INC. d/b/a Blue Shield of California,<br><br>Defendants. | **Civil Action No.: 3:12-cv-01059 (JSW)**<br><br>**STIPULATION TO EXTEND TIME TO ANSWER AND [~~PROPOSED~~ ORDER]**<br><br>Hon. Jeffrey S. White |

1  WHEREAS Plaintiffs filed an Action in the Superior Court of Sonoma County on January 31, 2012, naming Pfizer, Inc., Pfizer Ireland Pharmaceuticals, Warner-Lambert Company, Warner-Lambert Company, LLC, and Warner-Lambert Export, Ltd (collectively, "Pfizer") as Defendants; and

WHEREAS, Plaintiffs served a copy of the Complaint on Defendants Pfizer Inc., Warner-Lambert Company, and Warner-Lambert Company, LLC on February 2, 2012; and

WHEREAS Plaintiffs' counsel and Pfizer's counsel have met and conferred on this issue in good faith and Pfizer's counsel agreed to voluntarily accept service for Pfizer Ireland Pharmaceuticals, Warner-Lambert Export, Ltd. to avoid the costs and expense related to foreign service; and

WHEREAS the Notice of Removal of Action from State Court in the above-captioned action was filed on March 2, 2012; and

WHEREAS, Plaintiffs filed the Motion for Remand on March 15, 2012, which is set for hearing on April 27, 2012,

IT IS HEREBY STIPULATED AND AGREED, by Plaintiffs and Pfizer, through their respective counsel, that the deadline for Pfizer to answer or otherwise respond to Plaintiffs' Complaint shall be extended to thirty days following the Court's order on Plaintiffs' Motion for Remand, whether the case is remanded to State Court or remains in Federal Court.

Dated: March 23, 2012          Respectfully Submitted,

WHITE & CASE LLP

*/s/ Bijal V. Vakil*

BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square
3000 El Camino Real

- 2 -                STIPULATION TO EXTEND TIME TO ANSWER
                     AND [PROPOSED] ORDER
PALOALTO 130958 v1 (2K)         CASE NO. 3:12-CV-01059 (JSW)

Palo Alto, California 94306
Telephone:   650.213.0300
Facsimile:   650.213.8158

*Counsel for Defendant Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company, LLC. Pfizer Ireland Pharmaceuticals, Warner-Lambert Export, Ltd.*

Dated: March 23, 2012         ALIOTO LAW FIRM

*/s/ Jamie L. Miller*
Joseph M. Alioto, SBN 42680
Theresa D. Moore, SBN 99978
Jamie L. Miller, SBN 271452
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200

*Counsel for Plaintiffs*

### ATTESTATION CLAUSE

I, Bijal V. Vakil, hereby attest in accordance with General Order No. 45.X that each of the signatories above have provided their concurrence with the electronic filing of the foregoing document entitled STIPULATION TO EXTEND TIME TO ANSWER AND [PROPOSED] ORDER.

Dated: March 23, 2012         WHITE & CASE LLP

*/s/ Bijal V. Vakil*
BIJAL V. VAKIL

*Counsel for Defendant Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company, LLC, Pfizer Ireland Pharmaceuticals, Warner-Lambert Export, Ltd.*

# ORDER

Pursuant to the above Stipulation filed in this action, it is hereby ORDERED that the time within which Defendants Pfizer Inc., Pfizer Ireland Pharmaceuticals, and Warner-Lambert Company LLC, Warner-Lambert Company and Warner-Lambert Export, Ltd may answer or otherwise respond to Plaintiffs' Complaint is hereby extended to thirty days following the Court's order on Plaintiffs' Motion for Remand.

Dated: __March 26, 2012__

_____
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE