BIJAL V. VAKIL (Cal. Bar No. 192878)
bvakil@whitecase.com
WHITE & CASE LLP
5 Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306
Telephone:   650.213.0300
Facsimile:    650.213.8158

*Counsel for Defendants Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company, LLC, Pfizer Ireland Pharmaceuticals, Warner-Lambert Export, Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| RP HEALTHCARE, INC.; CHIMES PHARMACY, INC.; JAMES CLAYWORTH, R.Ph., an individual, d/b/a CLAYWORTH PHARMACY; MARIN APOTHECARIES, INC., d/b/a ROSS VALLEY PHARMACY; GOLDEN GATE PHARMACY SERVICES, INC., d/b/a GOLDEN GATE PHARMACY; PEDIATRIC CARE PHARMACY, INC.; MEYERS PHARMACY, INC.; TONY MAVRANTONIS, R.Ph., an individual d/b/a JACK'S DRUG; and TILLEY APOTHECARIES, INC., d/b/a ZWEBER'S APOTHECARY,<br><br>                    Plaintiffs,<br>       v.<br><br>PFIZER, INC., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, WARNER-LAMBERT EXPORT, LTD., RANBAXY LABORATORIES LIMITED, RANBAXY PHARMACEUTICALS, INC., RANBAXY, INC., DAIICHI SANKYO, LTD, DAIICHI SANKYO, INC., CVS CAREMARK CORPORATION, HEALTH NET, INC., and CALIFORNIA PHYSICIANS SERVICE, INC. d/b/a Blue Shield of California,<br><br>                    Defendants. | Civil Action No.: 12-cv-01059 (JSW)<br><br>[~~PROPOSED~~] ORDER TO DEFENDANTS, OPPOSED *EX PARTE* APPLICATION FOR AN ORDER CONTINUING HEARING DATE<br><br>Hon. Jeffrey S. White<br><br><u>Current Motion Hearing Date:</u><br>April 27, 2012<br><br>Status Conference Date: June 1, 2012<br><br>Amended Notice of Removal Hearing Date: June 22, 2012<br><br><u>Proposed Continuance of All Dates</u>:<br>June 22, 2012<br><br>[Civil L.R. 7-11] |

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS'
*EX PARTE* APPLICATION FOR AN ORDER
CONTINUING HEARING DATE
Case No. 12-cv-01059 (JSW)

Upon consideration of the Defendants' Motion For An Order Continuing Hearing Date, the supporting memorandum of points and authorities, the Declaration of Bijal V. Vakil, and Plaintiff's Opposition, as well as all records and pleadings on file with the Court in this action and the related actions, and on such further evidence and argument as may be presented at or before the time of hearing,

IT IS HEREBY ORDERED THAT the Defendants' *Ex Parte* Application For An Order Continuing Hearing Date is granted, and the hearing on Plaintiff's Motion for Remand and the Case Management Conference is continued to Friday, June 22, 2012.

Dated: April 25, 2012

*/s/ Jeffrey S. White*

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

2 [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*
Case No. 12-cv-01059 (JSW)