UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: LIPITOR ANTITRUST LITIGATION                                   MDL No. 2332

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−1)

On April 20, 2012, the Panel transferred 2 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Peter G Sheridan.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Sheridan.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of New Jersey for the reasons stated in the order of April 20, 2012, and, with the consent of that court, assigned to the Honorable Peter G Sheridan.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 01, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WALSH, CLERK
by _____ Deputy Clerk

IN RE: LIPITOR ANTITRUST LITIGATION                                MDL No. 2332

### SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 12-00735 | Hellgren et al v. Pfizer, Inc et al |
| ~~CAN~~ | ~~3~~ | ~~12-01059~~ | ~~RP Healthcare, Inc. et al v. Pfizer, Inc. et al~~ Opposed 4/30/12 |
| **MASSACHUSETTS** | | | |
| MA | 1 | 12-10262 | New Mexico United Food And Commercial Workers Union's and Employers' Health and Welfare Trust Fund v. Pfizer Inc. et al |
| MA | 1 | 12-10425 | Fratenal Order of Police, Fort Lauderdale Lodge 31, Insurance Trust Fund v. Pfizer, Inc., et al |
| MA | 1 | 12-10438 | American Sales Company, Inc. v. Pfizer Inc. et al |
| MA | 1 | 12-10450 | Bakers Local 433 Health Fund, et al v. Pfizer Inc. et al |
| MA | 1 | 12-10517 | Gallagher et al v. Pfizer Inc. et al |
| MA | 1 | 12-10554 | Southeast Laborers Health and Welfare Fund v. Pfizer, Inc., et al. |
| MA | 1 | 12-10558 | Allied Services Division Welfare Fund et al v. Pfizer, Inc. et al |
| MA | 1 | 12-10637 | Florida Laborers Health and Welfare Fund v. Pfizer Inc. et al |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 12-00931 | A.F.L.-A.G.C. Buildig Trades Welfare Plan et al v. Pfizer Inc. et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 2 | 11-07697 | ROCHESTER DRUG CO-OPERATIVE, INC. v. PFIZER INC. et al |
| PAE | 2 | 12-01701 | INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 v. PFIZER INC. et al |
| **PUERTO RICO** | | | |
| PR | 3 | 12-01070 | Paraliticci v. Pfizer, Inc. |